UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARAMOUNT EQUITY MORTGAGE LLC,<br><br>　　　　　Defendant. | No. 2:19-cv-525-KJM-KJN PS<br><br><br>ORDER |

On March 25, 2019, plaintiff, proceeding without counsel, commenced this action and requested leave to proceed *in forma pauperis*. (ECF Nos. 1, 2.)

The filing fee to commence a civil case is presently $400.00. Plaintiff's financial declaration indicates that she has a gross annual income of $58,006.00 (with bi-weekly income of $2231.00). According to the 2019 Poverty Guidelines published by the Department of Health and Human Services, the poverty guideline for a household of 5 people (plaintiff has 4 children) not residing in Alaska or Hawaii is $30,170.00. See https://aspe.hhs.gov/2019-poverty-guidelines. Plaintiff thus has gross income of almost double the poverty guideline. Additionally, the declaration indicates that plaintiff has net income of about $4,188.00 per month ($2,094.00 bi-weekly), listed expenses of about $1,800.00 per month, and no debts or financial obligations, leaving about $2,388.00 of net income per month. As such, the court finds that plaintiff does not

qualify for a waiver of the $400.00 filing fee.

Nevertheless, the court is also cognizant that plaintiff has a relatively low income for a household of five, and that a one-time $400 payment may represent a significant strain on her monthly budget. Therefore, the court finds it appropriate to instead require monthly payments of $100.00 until the $400.00 filing fee is paid in full, on the schedule outlined below. Once plaintiff's first payment is made, the court will direct service of the complaint on defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED.
2. Plaintiff shall pay the filing fee of $400.00 on an installment schedule, with $100.00 payments to the Clerk of Court due on the following deadlines: June 3, 2019; July 1, 2019; August 1, 2019; and September 2, 2019.
3. Once the first installment payment is made, the court will direct service of the complaint on the named defendant.
4. Failure to timely pay the amounts due may result in dismissal of the action.

Dated: April 29, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE